UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CRISTOBAL SANCLEMENTE<br>FARRUFIA (2),<br><br>　　　　　　　　　　　Defendant. | Case No.: 21cr344-WQH<br><br>**ORDER** |

HAYES, Judge,

　　On February 7, 2025, Defendant, proceeding pro se, filed a Letter (ECF No. 108) requesting a status update as to his Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). On January 23, 2025, the Court issued an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 107.) Although the docket reflects that Defendant was served with a copy of the Court's January 23, 2025 Order, IT IS HEREBY ORDERED that the Clerk of the Court shall mail Defendant a copy of this Order and the January 23, 2025 Order at the address listed in the Defendant's February 7, 2025 Letter (*see* ECF No. 108).

Dated: February 11, 2025

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Court